**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Rose A. Avery                        :        Case No. 13-24650JAD
                                     :        Chapter 13
      Debtor(s)          :
Ronda J. Winnecour, Trustee          :
                                     :        Re Clm. #03   and Doc. #89
      Movant(s)          :
                                     :
vs.                                  :
Jefferson Capital Systems LLC        :        Hearing Date
                                     :
                                     :
      Respondent(s)

### ORDER OF COURT

AND NOW, this __10th__ day of __December__, 20__18__, upon consideration of the Trustee's Objection to Claim No. 03, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 03 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____  sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
12/10/18 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 13-24650-JAD
Rose A. Avery                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                    Page 1 of 1             Date Rcvd: Dec 10, 2018
                              Form ID: pdf900               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +Rose A. Avery,    4117 High Street,    South Park, PA 15129-9573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Chrisovalanate P. Fliakos    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Christopher M. Frye    on behalf of Debtor Rose A. Avery chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Kenneth Steidl    on behalf of Debtor Rose A. Avery julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              William E. Miller    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 11