**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-24650-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Rose A. Avery
4117 High Street
South Park PA 15129

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, 1661 Worthington Rd, Suite 100, West Palm Beach, FL 33409

Name and Address of Transferee:

PHH Mortgage Corporation
Bankruptcy Department
1 Mortgage Way, Mail Stop SV-22
Mt. Laurel, NJ 08054

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/19/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rose A. Avery
    Debtor

Case No. 13-24650-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 1    Date Rcvd: Apr 17, 2019
                   Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13779986       +Fax: 407-737-5634 Apr 18 2019 03:17:57      Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
                West Palm Beach, FL 33409-6493
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
         Chrisovalanate P. Fliakos    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
         Christopher M. Frye    on behalf of Debtor Rose A. Avery chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
          sromig@barley.com
         Kenneth Steidl    on behalf of Debtor Rose A. Avery julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
         Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
         William E. Miller    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                                              TOTAL: 12